70550061/cf

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUBEN QUEZADA GARCIA, Deceased, by and through Maribel Quezada, surviving spouse and next of kin, ) ) ) ) Plaintiff, ) ) vs. ) ) Charles Thomas Kern, an individual and ) Barron Lighting Group, Inc., an Illinois ) Corporation; ) ) Defendants. ) | Case No. CIV11-388-FHS KEW  FILED  APR 2 0 2012  WILLIAM B. GUTHRIE Clerk, U.S. District Court By_____ Deputy Clerk |

## ORDER APPROVING SETTLEMENT

NOW, on this 20th day of April 2012, this matter comes on for hearing before the undersigned Judge of the District Court on the parties' request for an order approving settlement of the case which involves a minor child, Angel Quezada.

The parties have reached a settlement totaling cash and future periodic payments having the combined present value of $2,325,000.00, and Plaintiffs and Plaintiffs' attorneys have reached distribution of the proceeds. Because of the minor child beneficiary, it is necessary to have the court approve the distribution on behalf of the parties, specifically as to the minor child, Angel Quezada.

Plaintiffs appear in person and by and through their attorney, Brian Berry. Defendants appear by and through their attorneys, Gene Robinson and Bill Molinsky.

Trial by jury is waived by all parties. The Court, being fully advised in the premises and having listened to testimony of witnesses, finds that the settlement agreement is reasonable and is in the best interest of all parties and specifically in the best interest of the

minor child. The Court hereby APPROVES the settlement and distribution as to the minor child, Angel Quezada.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the insurer will fund a structured settlement. The obligation to make the structured settlement payments will be assigned to Allstate Assignment Company (Assignee) by way of a Qualified Assignment by the insurer. In accordance with the Qualified Assignment, the insurer or Assignee will fund its obligation to make the periodic payments through the purchase of an annuity from Allstate Life Insurance Company (Annuity Issuer) an A+-rated life carrier by the independent rating service, A.M. Best. The following periodic payments will be paid to Angel Quezada:

$25,000.00 guaranteed lump sum payment paid on 01/09/2021

$50,000.00 guaranteed lump sum payment paid on 01/09/2024

$100,000.00 guaranteed lump sum payment paid on 01/09/2028

$216,700.00 guaranteed lump sum payment paid on 01/09/2033

All sums set forth herein constitute payments on account of personal physical injuries or sickness within the meaning of §104(a)(2) of the Internal Revenue Code, as amended.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the settlement reached between the parties should be and the same is hereby ordered APPROVED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the distribution on behalf the minor child, Angel Quezada, per the terms of the structured settlement agreement attached hereto is hereby ordered APPROVED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon payment by Defendants' representatives of the terms of the settlement that this matter is hereby ordered dismissed with prejudice.

IT IS SO ORDERED.

KIMBERLY E. WEST
United States Magistrate Judge

APPROVED AS TO FORM:

_____
Brian R. Berry, OBA No. 14380
2230 East 49th Street, Suite A
Tulsa, OK 74105
918.742.3200
918.742.3772 (fax)
***Attorney for Plaintiffs***


_____
Gene Robinson, OBA No. 10119
The Robinson Law Firm, P.C.
5810 East Skelly Drive, Suite 1100
Tulsa, OK 74135
918.587.2311
918.587.2317 (fax)
***Attorneys for Defendant
Barron Lighting Group, Inc.***


_____
William J. Molinsky, Jr., OBA No. 12791
609 South Kelly, Suite A-2
Edmond OK 73003
405.844.1200
405.844.1204 (fax)
***Attorney for Defendant
Charles Thomas Kern***